Prob 12
(Mod. For E.VA 07/07)



# UNITED STATES DISTRICT COURT
## For
## EASTERN DISTRICT OF VIRGINIA

1:14 - mj - 333

U.S.A. vs. Shirley Cruces Napa            Docket No. R4001925

## Petition on Probation

COMES NOW Stanley E. Leigh, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Shirley Cruces Napa, who was placed on supervised probation by the Honorable Ivan D. Davis, United States Magistrate Judge, sitting in the Court at Alexandria, Virginia, on the 20th day of December, 2013, who fixed the period of supervised probation at one (1) year, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

See Page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
See Attachment(s)

**PRAYING THAT THE COURT WILL ORDER** a summons to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

**Returnable Date:** July 22, 2014 @ 10:00 A.M.

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this 26th day of June, 2014 and ordered filed and made a part of the records in the above case. | Executed on 6/24/14 |
| /s/<br>Ivan D. Davis<br>United States Magistrate Judge | Stanley E. Leigh<br>U.S. Probation Officer<br>(703) 299-2359<br><br>Place: Alexandria, Virginia |

Petition on Probation
Page 2
RE: CRUCES NAPA, SHIRLEY

OFFENSE: Reckless Driving, in violation of 32 CFR 234.17 adopting VA Code 46.2-859

SENTENCE: On December 20, 2013, the defendant appeared before Your Honor for sentencing on the aforementioned offense. At that time, she was sentenced to one (1) year of supervised probation with the following special conditions: 1) the defendant shall participate in and successfully complete an Alcohol Safety Action program or other alcohol treatment program as deemed appropriate by the probation office, 2) commencing December 20, 2013, and continuing for one (1) year, the defendant may not operate a motor vehicle anywhere in the United States except, a) to and from work, b) during the course of work if required as an incident of employment, and c) to and from Court, the probation office and the Alcohol Safety Action program; and 3) the defendant shall pay a $250 fine, $25 processing fee, and a $10 special assessment as to R4001925, to be paid by June 20, 2014.

ADJUSTMENT TO SUPERVISION: The defendant currently resides with her family in Springfield, Virginia, and she is self-employed in the cleaning business. She is enrolled in the Fairfax Alcohol Safety Action (ASAP) program. On June 20, 2014, a record check revealed no recent arrests or warrants. The defendant's address is on file with the Division of Motor Vehicles, but her license has been suspended since February 15, 2014.

VIOLATIONS: The following violations are submitted for the Court's consideration.

**MANDATORY CONDITION:** "THE DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME."

On June 6, 2014, the defendant was arrested for Driving on a Suspended License in Fairfax County, Virginia. She is scheduled to appear in General District Court on July 22, 2014.

**STANDARD CONDITION #3:** "THE DEFENDANT SHALL ANSWER TRUTHFULLY ALL INQUIRIES BY THE PROBATION OFFICER AND FOLLOW THE INSTRUCTIONS OF THE PROBATION OFFICER."

On April 4, 2014, and April 23, 2014, this officer instructed the defendant to avoid operating any motor vehicle in the United States as her privilege to drive was suspended. The defendant failed to follow the instructions of this officer.

**STANDARD CONDITION #11:** "THE DEFENDANT SHALL NOTIFY THE PROBATION OFFICER WITHIN SEVENTY-TWO HOURS OF BEING ARRESTED OR QUESTIONED BY A LAW ENFORCEMENT OFFICER."

The defendant failed to report the aforementioned contact with Fairfax County police to this officer.

**Petition on Probation**
**Page 3**
**RE:   CRUCES NAPA, SHIRLEY**

**SPECIAL CONDITION #3:**    "THE DEFENDANT SHALL PAY A $250.00 FINE, $25.00 PROCESSING FEE, AND A $10.00 SPECIAL ASSESSMENT FEE AS TO R4001925 TO BE PAID BY JUNE 20, 2014."

The defendant failed to pay the monetary penalties by June 20, 2014.


SBL/lmg