AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:14-mj-333 |
| Shirley Cruces Napa | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

United States.

Date: 04/08/2015

/s/ Samuel D Cardick
*Attorney's signature*

Samuel D Cardick
*Printed name and bar number*

United States Attorney's Office
2100 Jamieson Ave., 1st Floor
Alexandria, VA 22314
*Address*

samuel.d.cardick@usdoj.gov
*E-mail address*

(703) 299-3776
*Telephone number*

(703) 299-3980
*FAX number*